CATHY E. LESANTI, Respondent, v HARMAC INDUSTRIES, INC., Appellant. (Appeal No. 2.)—Appeal unanimously dismissed without costs (see, Loafin' Tree Rest. v Pardi [appeal No. 1], 162 AD2d 985). (Appeal from Order of Supreme Court, Erie County, Mintz, J.—Summary Judgment.) Present—Denman, J. P., Boomer, Balio, Lawton and Davis, JJ.